Hello Sir or Abel Acosta

How are you I am writing you to find out what about my criminal Appeals, could you tell me are they throw with it are time still left on it, Please write me and let me know what was done any thing, and if I need more Please say about me PDR its on 133855 0-B

your truly

Ronnie Bryant

1810399 -C-2-2-23-B

I file for INsufficient Counsloring Could you Please tell me about my case and How its going along

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 2 ? 2015

Abel Acosta, Clerk